IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CINDERELLA BAKER,

      Appellant,

v.

Case No. 5D21-2126
LT Case No. 2019-CA-003294

ADVENTIST HEALTH SYSTEM/SUNBELT,
INC. D/B/A FLORIDA HOSPITAL ORLANDO
AND CROTHALL HEALTHCARE, INC.,

      Appellees.
_____/

Decision filed July 19, 2022

Appeal from the Circuit Court
for Orange County,
Jeffrey L. Ashton, Judge.

Brian J. Lee, of Morgan & Morgan, Jacksonville,
for Appellant.

Christian P. Trowbridge and Julie H. Brodis, of
Estes, Ingram, Foels & Gibbs, P.A., Maitland,
for Appellee, Adventist Health System/Sunbelt,
Inc. d/b/a Florida Hospital Orlando.

No Appearance for Other Appellee.

PER CURIAM.

      AFFIRMED.

SASSO, TRAVER and WOZNIAK, JJ., concur.